UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

December 19, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____ **CM** _____

DEPUTY

| | | |
|---|---|---|
| EVANNA LIN, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | 5:25-CV-01305-MA |
| | § | |
| H-E-B, LP, | § | |
| | § | |
| Defendant. | § | |

### OPINION AND ORDER

The Court now considers the parties' "Joint Agreed Motion to Stay Case Pending Completion of Arbitration."[1] In their motion, the parties state that when Plaintiff Evanna Lin was employed by Defendant H-E-B, LP, she "executed agreements to arbitrate any disputes with Defendant, including employment disputes. The Parties have agreed to arbitrate Plaintiff's claims . . . asserted in this matter pursuant to these agreements."[2] In light of this, the parties request that the Court stay the current proceedings pending until such arbitration is complete.[3]

Having reviewed the motion, record, and relevant legal authorities, the Court **GRANTS** the parties' motion. Arbitration will proceed in accordance with the arbitration agreement, and this case is **STAYED** pursuant to 9 U.S.C. § 3. A status conference is set for **March 19, 2026, at 1:30 p.m.**, and status reports are due **March 11, 2026**. The courtroom for the conference will be assigned later, and counsel may consult the monitors in the courthouse lobby on the day of the conference for the assigned courtroom information.

IT IS SO ORDERED.

DONE this 19th day of December, 2025, in San Antonio, Texas.

_____
MICAELA ALVAREZ
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Dkt. No. 9.
[2] Dkt. No. 9, at 1.
[3] Dkt. No. 9, at 1.